UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IAN FORBES,

              Plaintiff,

    v.

FERNANDO CERVANTES,

              Defendant.

Case No.  24-cv-01443-HSG

**ORDER OF DISMISSAL**

Plaintiff Ian Forbes seeks to enforce a third-party subpoena that he served on third party Google in *Forbes v. Cervantes*, C No. 22-cv-2290-JRS-MG (S.D. Ind.).  Dkt. No. 1.  On May 20, 2024, the Court instructed Plaintiff to, by July 21, 2024, either pay the $52 filing fee for commencing this miscellaneous action, or file an application to proceed *in forma pauperis*.  Dkt. No. 8.  Plaintiff was instructed that the failure to do so would result in dismissal of this action for failure to pay the filing fee and/or for failure to obey a court order without further notice to Plaintiff.  *Id.*  The deadline to comply with the Court's May 20, 2024 order has passed and Plaintiff has neither paid the filing fee nor filed an *in forma pauperis* application, or otherwise communicated with the Court.  The Court therefore DISMISSES this action without prejudice for failure to pay the filing fee and for failure to obey a court order.  The Clerk shall enter judgment in favor of Defendant and against Plaintiff, terminate all pending motions as moot, and close the case.

    **IT IS SO ORDERED.**

Dated:   7/3/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California