UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IAN FORBES,

        Plaintiff,

   v.

FERNANDO CERVANTES,

        Defendant.

Case No. 24-cv-01443-HSG

**JUDGMENT**

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice. The Clerk is ordered to enter judgment in favor of Defendant and against Plaintiff, terminate all pending motions as moot, and close the case.

**IT IS SO ORDERED AND ADJUGED.**

Dated:  7/3/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge